1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

In Re:

LLS AMERICA, LLC,

                    Debtor,

10

11

BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

12

                    Plaintiff,

13

v.

14

RON POWER,

15

                    Defendant.

NO:  CV-13-15-RMP

Bankr. Case No. 09-06194-PCW11

Adv. Proc. No. 11-80179-PCW11

ORDER DISIMMSSING CASE WITH PREJUDICE AND WITHOUT COSTS

16

17

18

19

20

      PURSUANT to the Order Withdrawing the Reference in this matter, ECF No. 2, the District Court recognizes the Bankruptcy Court's Order Granting Stipulation and Order of Dismissal, entered on the associated Bankruptcy Court docket on December 6, 2013, at BKC ECF No. 79, and hereby gives effect to that

ORDER DISIMMSSING CASE WITH PREJUDICE AND WITHOUT COSTS ~ 1

order in the District Court.  Therefore, this case is dismissed with prejudice and without costs to either party.  Additionally, the proof of claim by Defendant (Claim No. 496) in the underlying consolidated bankruptcy case is disallowed in its entirety.

The District Court Clerk is directed to enter this Order and provide copies to counsel, all pro se defendants, and to Judge Frederick P. Corbit, and **close this case**.

**IT IS SO ORDERED**.

**DATED** this 12th day of December 2013.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISIMSSING CASE WITH PREJUDICE AND WITHOUT COSTS ~ 2